# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                             :
                                                   : Case No. 20-70145-JAD
**Mark E. Burkett,**                               :
                                                   : Chapter 13
**Debtor**                                         :
                                                   :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of June, 2021, a true and correct copy of the Order dated June 29, 2021, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> JOHNSTOWN WIRE TECHNOLOGIES, INC.
> 124 LAUREL AVENUE
> JOHNSTOWN, PA 15906
>
> MARK E. BURKETT
> 213 SOMERSET AVENUE
> WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 30, 2021

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470