IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/29/21 6:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | |
| Mark E. Burkett, | : | Case No. 20-70145-JAD |
| Debtor | : | |
| | : | Chapter 13 |
| Mark E. Burkett, | : | |
| Movant | : | Related To ECF No. 32 |
| | : | |
| vs. | : | |
| | : | |
| Johnstown Wire Technologies, Inc. | : | Filed Under Local Bankruptcy |
| 124 Laurel Avenue | : | Rule 9013.4 Para. 6(c) |
| Johnstown, PA 15906 | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-1330 | : | |

## ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor(s), having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with Johnstown Wire Technologies, Inc., 124 Laurel Avenue, Johnstown, PA 15906 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this 29th day of June, 2021.

Jeffery A. Deller
United States Bankruptcy Judge

mas

CASE ADMINISTRATOR SHALL SERVE:
Mark E. Burkett
Kenneth p. Seitz, Esquire
Johnstown Wire Technologies, Inc.
Ronda J. Winnecour, Esquire
Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70145-JAD |
| Mark E Burkett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: msch | Page 1 of 1 |
| Date Rcvd: Jun 29, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark E Burkett, 213 Somerset Avenue, Windber, PA 15963 |
| + | Johnstown Wire Technologies, Inc., Attn: HR / Payroll Dept., 124 Laurel Avenue, Johnstown, PA 15906-2246 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Greenwich Revolving Trust by Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Owner Trustee bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Mark E Burkett thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4