**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Mark E. Burkett<br>                              Debtor(s) | |
| U.S. Bank, National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 , its successors and/or assigns<br>                              Movant<br>                    v.<br>Mark E. Burkett<br>                              Respondent<br>                    and<br>Ronda J. Winnecour, Trustee<br>                              Additional Respondent | BK. NO. 20-70145 JAD<br><br>CHAPTER 13 |

**ORDER APPROVING LOAN MODIFICATION AGREEMENT**

AND NOW, this      day of             , 2021, at Pittsburgh, upon Motion of U.S. Bank, National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 ,

**ORDERED THAT:** The Motion to Approve Loan Modification Agreement executed on *April 23, 2020* respect to the subject premises located at 213 Somerset Avenue, Windber, PA 15963 and 215 Somerset Avenue, Windber, PA 15963 ("Property") is approved; does not violate the automatic stay, Section 362(a), nor the provisions 11 USC §N 549 .

_____
United States Bankruptcy Judge