**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70145-JAD |
| Mark E. Burkett, | : | |
|       Debtor | : | Chapter 13 |
| | : | |
| Mark E. Burkett, | : | Docket No. |
|       Movant | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|       Respondent | : | |

**CONSENT ORDER**

WHEREAS, the Debtor, Mark E. Burkett, filed for Chapter 13 Bankruptcy on March 13, 2020, wherein he has been proceeding in the Chapter 13 Bankruptcy for approximately twenty-five (25) months.

WHEREAS, the Debtor wishes to pay all timely filed claims (including unsecured creditors) in full such that he may be discharged from the Chapter 13 Bankruptcy.

WHEREAS, the lump sum amount to be used to complete the Chapter 13 Plan and to pay all timely filed claims in full is to be provided by way of a gift from a friend (and for which Debtor represents there is no repayment obligation) is estimated to be $7,263.53.

WHEREAS, upon submission of the funds, the Debtor's Chapter 13 Bankruptcy shall be deemed completed, Debtor shall resume payments on long term continuing debt, and the closing of the case shall occur upon completion of all necessary proceedings.

WHEREAS, final case closure shall be subject to final audit, and in the event of a shortfall in the estimated amount needed to pay all claims in full the Debtor shall make up the shortfall.

**AND NOW** this _____ day of _____, 2022, it is hereby ORDERED and DECREED that the Debtor is granted to permission to provide funds to pay the Chapter 13 Plan and timely filed claims in full.

                                                          BY THE COURT:

                                                          _____
                                                          Jeffery A. Deller
                                                          United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470


/s/ Owen Katz, Esquire
Owen Katz, Esquire
PA ID# 36473
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566 x3124
okatz@chapter13trusteewdpa.com