### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-70145-JAD |
| Mark E. Burkett, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Mark E. Burkett, | : | ECF No. 47 |
| Movant | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

### CONSENT ORDER

WHEREAS, the Debtor, Mark E. Burkett, filed for Chapter 13 Bankruptcy on March 13, 2020, wherein he has been proceeding in the Chapter 13 Bankruptcy for approximately twenty-five (25) months.

WHEREAS, the Debtor wishes to pay all timely filed claims (including unsecured creditors) in full such that he may be discharged from the Chapter 13 Bankruptcy.

WHEREAS, the lump sum amount to be used to complete the Chapter 13 Plan and to pay all timely filed claims in full is to be provided by way of a gift from a friend (and for which Debtor represents there is no repayment obligation) is estimated to be $7,263.53.

WHEREAS, upon submission of the funds, the Debtor's Chapter 13 Bankruptcy shall be deemed completed, Debtor shall resume payments on long term continuing debt, and the closing of the case shall occur upon completion of all necessary proceedings.

WHEREAS, final case closure shall be subject to final audit, and in the event of a shortfall in the estimated amount needed to pay all claims in full the Debtor shall make up the shortfall.

      **AND NOW** this ___28th___ day of ___April___, 2022, it is hereby ORDERED and DECREED that the Debtor is granted to permission to provide funds to pay the Chapter 13 Plan and timely filed claims in full.

                                                      BY THE COURT:

                                                      Jeffery R. Deller   jah
                                                      United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470

                                                      FILED
                                                    4/28/22 9:16 am
                                                    CLERK
                                                    U.S. BANKRUPTCY
                                                    COURT - WDPA

/s/ Owen Katz, Esquire
Owen Katz, Esquire
PA ID# 36473
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566 x3124
okatz@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-70145-JAD |
| Mark E Burkett | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark E Burkett, 213 Somerset Avenue, Windber, PA 15963 |
| 15216849 | + | Eastern Revenue Inc, 601 Dresher Rd, Horsham, PA 19044-2238 |
| 15222309 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15216852 | + | U S Dept Of Ed/Gsl/Atl, Po Box 5609, Greenville, TX 75403-5609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15216848 | + | Email/Text: bdsupport@creditmanagementcompany.com | Apr 28 2022 23:38:00 | Credit Management Co, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15226440 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 28 2022 23:37:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15231191 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 23:37:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15216850 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 23:37:55 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15241108 | | Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 23:38:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Greenwich Revolving Trust by Wilmington Savings Fu |
| cr | | U.S. Bank, National Association, not in its indivi |
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 15216851 | ##+ | Steven R. Leuschel, Leuschel Real Estate, 1520 Water Street, Indiana, PA 15701-4114 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Apr 28, 2022 | Form ID: pdf900 | Total Noticed: 9 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Greenwich Revolving Trust by Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Owner Trustee bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Mark E Burkett thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor U.S. Bank  National Association, not in its individual capacity but solely in its capacity as Trustee of CIM Trust 2020-R4 , its successors and/or assigns mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5