**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MARK E BURKETT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:20-70145 JAD<br><br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/13/2020 and confirmed on 06/22/2020 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,494.57 |
| Less Refunds to Debtor | 911.57 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,583.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 607.84 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,226.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FAY SERVICING LLC(*) | 0.00 | 2,261.20 | 0.00 | 2,261.20 |
|     Acct: 5036 | | | | |
|   STEVEN LEUSCHEL | 6,435.00 | 6,274.28 | 0.00 | 6,274.28 |
|     Acct: 8318 | | | | |
| | | | | 8,535.48 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK E BURKETT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK E BURKETT | 911.57 | 911.57 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 160.72 | 160.72 | 0.00 | 160.72 |
|     Acct: XXXXXXXXXXCHEL | | | | |
| | | | | 160.72 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6371 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7297 | | | | |
|   EASTERN REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2920 | | | | |
|   EASTERN REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2922 | | | | |
|   NORMAN AND ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1591 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 639.31 | 639.31 | 0.00 | 639.31 |
|     Acct: 8815 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 530.80 | 530.80 | 0.00 | 530.80 |
|     Acct: 1885 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 316.58 | 316.58 | 0.00 | 316.58 |
|     Acct: 3525 | | | | |
|   MB/ROI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9321 | | | | |
|   US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0805 | | | | |
|   UNITED COMMERCIAL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3477 | | | | |
|   LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3588 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 173.27 | 173.27 | 0.00 | 173.27 |
|     Acct: 0001 | | | | |
|   MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK BURKETT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LIFEPOINT HEALTHCARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,659.96 |

| TOTAL PAID TO CREDITORS | | | | 10,356.16 |
|---|---|---|---|---:|

TOTAL CLAIMED
| PRIORITY | 160.72 |
|---|---:|
| SECURED | 6,435.00 |
| UNSECURED | 1.659.96 |

Date: 12/15/2022                                                            /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com